UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LEE OWENS,

    Petitioner,

v.

Case No. 1:15-cv-1321

HONORABLE PAUL L. MALONEY

TONY TRIERWEILER,

    Respondent,
_____/

**JUDGMENT**

Having issued an order denying the habeas corpus petition, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.

Date:  June 5, 2017                                /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge